In the Matter of LOUIS J. CIFELLI, Appellant.
FRED H. RUBIN et al., Respondents.

(Argued March 28, 1932; decided March 31, 1932.)

*Monroe J. Cahn* and *Humphrey J. Lynch* for appellant.
*Fred H. Rubin* and *Hurlbert McAndrew* for respondents.

Order affirmed, without costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: LEHMAN and KELLOGG, JJ.